```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 00700
   KELVIN RHYNE
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0225
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/10/05 and confirmed on 04/01/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21478.50 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 588.70 | .00 | 588.70 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 10000.00 | 943.04 | 10000.00 |
| CINGULAR WIRELESS | UNSECURED | 332.74 | 25.89 | 332.74 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CASSEL LP | UNSECURED | 5074.64 | 394.14 | 5074.64 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 463.85 | 46.48 | 463.85 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10588.70 | .00 | 5871.23 | .00 | 16459.93 |
| PRINCIPAL PAID | 10588.70 | .00 | 5871.23 | .00 | 16459.93 |
| INTEREST PAID | 943.04 | .00 | 466.51 | .00 | 1409.55 |
| TOTAL PAID | 11531.74 | .00 | 6337.74 | .00 | 17869.48 |

The Debtor's attorney, LEDFORD & WU                      , was allowed $  2700.00
and was paid $   500.00  direct and $   2200.00  through the plan.

The Trustee received $    818.48 .

Refunds to the Debtor totaled $    590.54 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08                   /S/
                                  GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 00700 KELVIN RHYNE